UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HANCOCK SHOPPES, LLC,

        Plaintiff,

v.                                     Case No: 2:17-cv-364-FtM-99MRM

RETAINED SUBSIDIARY ONE, LLC,
KASH N' KARRY FOOD STORES,
INC., THE KROGER CO. OF
MICHIGAN and FAMILY CENTER,
INC.,

        Defendants.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on Defendant Retained Subsidiary One, LLC's Unopposed Second Motion for Leave to Amended Notice of Removal. (Doc. 47). Retained Subsidiary seeks to amend its Notice of Removal to (1) include additional information about the citizenship for each member holding an interest in the limited liability company; and (2) outline the transactions whereby Defendant Kash n' Karry Food Stores, Inc. was dissolved. (Doc. 47; Doc. 47-1). Retained Subsidiary has attached its proposed Amended Notice of Removal. (Doc. 47-1). In addition, Plaintiff Hancock Shoppes, LLC

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

has agreed to withdraw its Motion for Remand (Doc. 11) with the filing of the Amended Notice of Removal.

Upon review of the proposed Amended Notice of Removal, and because Retained Subsidiary's motion is unopposed, the Court finds good cause to grant the requested relief.

Accordingly, it is now

**ORDERED:**

(1) Defendant Retained Subsidiary One, LLC's Unopposed Second Motion for Leave to Amend Notice of Removal (Doc. 47) is **GRANTED**.

(2) The Clerk of Court is **DIRECTED** to file the Amended Notice of Removal (Doc. 47-1) as a new docket entry.

(3) Plaintiff Hancock Shoppes, LLC's Motion to Remand (Doc. 11) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of July 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record