UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HANCOCK SHOPPES, LLC,

    Plaintiff,

v.                                          Case No: 2:17-cv-364-FtM-99CM

RETAINED SUBSIDIARY ONE, LLC,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant Kroger's Motion to Compel Production of Documents from Plaintiff (Doc. 76) filed on October 10, 2017. The Kroger Company of Michigan filed the present motion seeking to compel Plaintiff to produce documents responsive to Kroger's First Request for Production of Documents. Doc. 76 at 1. The Kroger Company of Michigan has since been dismissed from this case. *See generally*, Doc. 80. As such, the motion now is moot.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant Kroger's Motion to Compel Production of Documents from Plaintiff (Doc. 76) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 31st day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record